IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD STEVEN SCHOENFELD, INDIVIDUALLY AND AS TRUSTEE FOR THE RONALD & JEANETTE SCHOENFELD REVOCABLE TRUST,<br><br>Debtor.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>Garnishee. | No. 2:21-mc-0083 KJM DB<br><br>**ORDER TERMINATING WRIT OF GARNISHMENT** |
|---|---|

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED THAT:

1. Pursuant to 28 U.S.C. § 3205(c)(10)(C), the Writ of Garnishment is hereby TERMINATED; and

///

Order Terminating Writ of Garnishment       1

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

DATED: September 7, 2023                /s/ DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE